**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 97-6647**

―――――――――

FRANK ANTHONY BLEVINS,

Plaintiff - Appellant,

versus

JOHN R. DEWAN, Superintendent,

Defendant - Appellee.

―――――――――

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Robert G. Doumar, Senior District Judge. (CA-97-307-2)

―――――――――

Submitted: February 17, 1998      Decided: March 12, 1998

―――――――――

Before HAMILTON and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit Judge.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Frank Anthony Blevins, Appellant Pro Se.

―――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Blevins v. Dewan, No. CA-97-307-2 (E.D. Va. Apr. 21, 1997). We also deny Appellant's motions for transfer, for appointment of counsel, and for injunctive relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED